No. 91–1503. MARYLAND v. OTT. Ct. App. Md. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 91–1634. FLORIDA v. JONES. Dist. Ct. App. Fla., 2d Dist. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 91–1782. DELO, SUPERINTENDENT, POTOSI CORRECTIONAL CENTER v. GRIFFIN. C. A. 8th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 91–1785. PLUMMER, SHERIFF OF ALAMEDA COUNTY v. PETTAWAY. C. A. 9th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 91–1878. LOCKHART, DIRECTOR, ARKANSAS DEPARTMENT OF CORRECTION v. COKELEY. C. A. 8th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 91–1971. FARLEY, SUPERINTENDENT, INDIANA STATE PRISON, ET AL. v. BASKIN. C. A. 7th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 91–1978. CONNECTICUT v. BUELL. Sup. Ct. Conn. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 91–2006. ESTELLE, WARDEN v. BOARDMAN. C. A. 9th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 92–47. MICHIGAN v. THOMAS. Ct. App. Mich. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.